In the Matter of the Claim of MAX BERNSTEIN, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Submitted November 28, 1951; decided January 10, 1952.

*Ralph Shapiro* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE and FULD, JJ. LEWIS, CONWAY and FROESSEL, JJ., dissent and vote to reverse the order of the Appellate Division and to reinstate the decision of the appeal board.